WILLIAM S. VERPLANCK, as Receiver, etc., Appellant, v. JAMES E. MEMBER et al., Respondents.

The legal presumption is that the General Term, on appeal from a judgment entered upon the report of a referee, considers and reviews the facts, and to rebut this presumption, so as to present the point on appeal to this court that said court refused so to do, the refusal must clearly appear by the record.

The opinion of the General Term is not conclusive on this subject.

(Argued May 27, 1878; decided November 12, 1878.)

THIS was an appeal from judgment of the General Term, affirming a judgment, entered upon the report of a referee.

The point urged here was that the General Term refused to review the facts. The order of the General Term was not contained in the record. The appellant relied upon the opinion of the General Term. *Held*, as above.

*Calvin Frost* and *William W. Badger* for appellants.

*Henry H. Hustis* for respondents.

*Per Curiam* opinion for affirmance.
All concur.
Judgment affirmed.